HARTFORD FEDERAL SAVINGS AND LOAN ASSOCIATION
*v.* ROSA LEE GREEN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*John C. Wirzbicki,* in support of the petition.

*Kenneth S. Halpern,* in opposition.

Submitted July 3—decided July 12, 1979

CITY OF BRIDGEPORT *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The defendants' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Sturges N. Laros,* in support of the petition.

*Frank Verrilli,* in opposition.

Submitted July 3—decided July 12, 1979

RICHARD C. HALL ET AL. *v.* LEDYARD PLANNING COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of New London is granted by the court.

*Peter J. Bartinik,* in support of the petition.

*James A. Plessinger,* in opposition.